JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY MICHAELS,      )     Case No. EDCV 13-0756 RNB
                )
          Plaintiff,   )
                )         **J U D G M E N T**
    vs.               )
                )
CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security,  )
                )
         Defendant.  )
_____)

     In accordance with the Order Affirming Decision of Commissioner filed herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED: <u>January 6, 2014</u>


                         _____
                         ROBERT N. BLOCK
                         UNITED STATES MAGISTRATE JUDGE